UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OM SHRI AGASI MATA LLC D/B/A HAMPTON INN AND JAYESH PATEL<br>          Plaintiffs,<br>          vs.<br>HC ADVISORS AND KAZ YAMADA,<br>          Defendants. | DOCKET NO. 4:12-CV-40123<br><br>MOTION FOR ENTRY OF JUDGMENT<br>AND FOR ASSESSMENT OF DAMAGES |

   Now come the Plaintiffs, Om Shri Agasi Mata LLC D/B/A Hampton Inn LLC and Jayesh Patel (hereinafter "Plaintiffs" collectively and "Hampton Inn" and "Patel" individually) in the above entitled matter and the Plaintiffs hereby move this Honorable Court for the entry of Judgment jointly and severally against the Defendants, HC Advisors and Yaz Kamada in the amount of $143,508.62

   In support of this motion please see the Affidavit of Jayesh Patel attached hereto as **Exhibit 1**.

Dated:  _May 28, 2013_      The Plaintiff, OM SHRI AGASI MATA LLC
               D/B/A HAMPTON INN and JAYESH PATEL,
               By their Attorney,


               /s/ Robert D. Loventhal_____
               ROBERT D. LOVENTHAL, ESQ.
               BBO NO. 305940
               21 CUSTOM HOUSE STREET, SUITE 210
               BOSTON, MA  02110
               Phone:  (617) 723-2222
               Fax:     (617) 723-9811
               Email:   RDLLAW99@aol.com

             Certificate of Service

   I, Robert D. Loventhal, attorney for the Plaintiffs in the above entitled matter, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants:
  1.  HC Advisors, c/o Henry R. Kates, Esq., 55 Dorrance Street, Suite 200, Providence, RI 02903 via Certified Mail No. 7011 1570 0001 2182 6400 Return Receipt Requested;
  2.  HC Advisors, Et Al; P.O. Box 787; Saunderstown, RI  02874 via Certified Mail No. 7011 1570 0001 2182 5915 Return Received Requested;
  3.   Kaz Yamada, P.O. Box 787, Saunderstown, RI 02874 via Certified Mail No. 7011 1570 0001 2182 6028 Return Receipt Requested;
  4.  Kaz Yamada, c/o Henry R. Kates, Esq., 55 Dorrance Street, Suite. 200, Providence, RI  02903 Via Certified Mail No. 7011 1570 0001 2182 5922 Return Receipt Requested.
Dated: May 28, 2013_          /s/ Robert D. Loventhal_____
                 ROBERT D. LOVENTHAL, ESQ.