THE SHERWIN WILLIAMS CO.
50 E MAIN ST
WESTBOROUGH MA 01581 1481

EXHIBIT 16

**SHERWIN-WILLIAMS.**

Visit www.sherwin-williams.com
Store 5394
(508) 366-1372

**CHARGE INVOICE**
No. 8124-9

ACCOUNT ███████

JOB 01 HAMPTON INN

SHIPPED TO:
HAMPTON INN
736 SOUTHBRIDGE ST
AUBURN MA 01501

PAGE 1 OF 1
PO#
ORDER: OE0036442A5394
DATE: 02/12/2013
TIME: 10:32 AM

HAMPTON INN
736 SOUTHBRIDGE ST
AUBURN MA 01501 1319

2-5987
E06/16803

* INDICATES SALE PRICE

TERMS: NET PAYMENT DUE ON MAR. 20TH

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|
| 6501-75425 | 5 GAL | B30W2651 | PM 200 0 FL EXTRA | 10 | 26.30* | 263.00 |
| ********** | | | DISCOUNT ($) | | | -43.10 |
| | | | VISITING STORE CUSTOMER | | | |
| 154-5078 | 5 GAL | 001505 | PRO880 WP ADH 5G | 60 | 6.99* | 419.40 |
| ********** | | | DISCOUNT ($) | | | -101.40 |
| | | | VISITING STORE CUSTOMER | | | |
| 100-4191 | EACH | 2020-2ECC | 2020 2" BULK TAPE | 2 | 3.65 | 7.30 |
| 923-6829 | EACH | | 2090 2" PROMO PACK | 1 | 12.74 | 12.74 |
| ********** | | | MFG NBR:2090-2PKSW | | | |
| 908-0599 | EACH | 9149 | ULTRA MAX BLADES | 2 | 19.12 | 38.24 |
| 154-4360 | PAIL | 380341 | JOINT CMP PLUS3 12#P | 1 | 7.81 | 7.81 |
| 161-2548 | EACH | R8000 | R8000 3PK RESP | 3 | 4.33 | 12.99 |
| 568-0624 | EACH | AMF72 | AMF MASKING FILM 72" | 3 | 10.95* | 32.85 |

Thank You
receipt required for refund

SUBTOTAL　　　　　　　　　　649.83
6.250% SALES TAX:1-220150100　40.61
CHARGE　　　　　　　　　　　$690.44

MERCHANDISE RECEIVED IN GOOD ORDER BY:

DELIVERED TO:HAMPTON INN



**OM SHRI AGASI MATA, LLC**
**DBA HAMPTON INN**
OPERATING ACCOUNT
726 SOUTHBRIDGE ST
AUBURN, MA 01501

FIDELITY BANK
1064
53-7070/2113
06

2/23/2013

PAY TO THE ORDER OF   Sherwin-Williams         $ **690.44

Six Hundred Ninety and 44/100************************************************ DOLLARS

Sherwin-Williams
50 E Main St
Westborough, MA 01581

MEMO

AUTHORIZED SIGNATURE

Electronic Endorsements:
< 3/11/2013      BOFD
  3/12/2013



**FIDELITY BANK** 1021
53-7070/2113

OM SHRI AGASI MATA, LLC
DBA HAMPTON INN
OPERATING ACCOUNT
726 SOUTHBRIDGE ST
AUBURN, MA 01501

1/27/2013

PAY TO THE ORDER OF  The Sherwin-Willims CO         $**810.81

Eight Hundred Ten and 81/100************************************************ DOLLARS

The Sherwin-Willims CO
50 E Main Street
Westborough, MA 01581

MEMO                                   AUTHORIZED SIGNATURE



BANK OF AMERICA, NA NAE

Return Checks To

Electronic Endorsements:
         2/7/2013              BOFD
         2/11/2013



```
Account: ********
Amount: 759.46
PostDate: 20130208
Tran_ID: ********
CheckNum: 3958
DIN: ********
ReturnReasonDescription:
ECEItemSeqNum: ********
```



```
Account: ********
Amount: 759.46
PostDate: 20130208
Tran_ID: ********
CheckNum: 3958
DIN: ********
ReturnReasonDescription:
ECEItemSeqNum: ********
```



Account: [redacted]
Amount: 309.32
PostDate: 20120621
Tran_ID: [redacted]
CheckNum: 3756
DIN: [redacted]
ReturnReasonDescription:
ECEItemSeqNum: [redacted]



Account: [redacted]
Amount: 309.32
PostDate: 20120621
Tran_ID: [redacted]
CheckNum: 3756
DIN: [redacted]
ReturnReasonDescription:
ECEItemSeqNum: [redacted]