UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OM SHRI AGASI MATA LLC D/B/A HAMPTON INN AND JAYESH PATEL | DOCKET NO. 4:12-CV-40123 |
| Plaintiffs, vs. | AFFIDAVIT OF ROBERT D. LOVENTHAL REGARDING LEGAL FEES |
| HC ADVISORS AND YAZ KAMADA, Defendants. | |

I, Robert D. Loventhal, being duly sworn, do depose on my oath and state as follows:

1. I represent the Plaintiffs in this action.

2. I was admitted to the Massachusetts Bar on December 13, 1974.

3. I have been involved in commercial litigation of this sort for my entire legal career.

4. My normal, off the rack rate is $300.00 per hour.

5. My normal rate is fair and reasonable in the marketplace.

6. I spent the following time on this matter through October 30, 3013:

|   |   |   |
|---|---|---|
| a. | Meetings with clients at commencement of action, review file. (Three meetings) | 12.00 hours |
| b. | Preparation of complaint, associated papers, filing of same, Review file | 4.00 hours |
| c. | Attempts at contacting Defendants, obtain default | 1.50 hours |
| d. | Preparation of affidavit of client re: damages; preparation of Motion for assessment of damages | 6.00 hours |
| e. | Miscellaneous time and legal research | 3.00 hour |
| f. | Preparation for hearing and hearing on October 30, 2013 | 5.00 hour |

7. The time stated above in ¶6 at the rate of $300.00 per hour amounts to $9,450.00 and I respectfully request the award of that amount.

Signed under the pains and penalties of perjury.

Dated:  10/31/2013          /s/ Robert D. Loventhal                    
                            ROBERT D. LOVENTHAL, ESQ.

Certificate of Service

I, Robert D. Loventhal, attorney for the Plaintiffs in the above entitled matter, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first class regular mail:

1.  HC Advisors, c/o Henry R. Kates, Esq., 55 Dorrance Street, Suite 200, Providence, RI 02903;

2.  HC Advisors, Et Al; P.O. Box 787; Saunderstown, RI 02874;

3.  Yaz Kamada, c/o Henry R. Kates, Esq., 55 Dorrance Street, Suite. 200, Providence, RI 02903; and,

4.  Yaz Kamada, P.O. Box 787, Saunderstown, RI 02874.

Dated:__10/31/2013_____                              /s/ Robert D. Loventhal_____
                                                     ROBERT D. LOVENTHAL, ESQ.